■ In the Matter of JODI S. and Another. COMMISSIONER OF SOCIAL SERVICES OF SUFFOLK COUNTY, Appellant; CHARLES S., SR., Respondent. (Proceeding No. 1.) In the Matter of TERRI R., Respondent, v CHARLES S., Appellant. (Proceeding No. 2.)—

Kunzeman, J. P., Sullivan, Eiber and O'Brien, JJ., concur.